IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| FRANK GILBERT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 06-408-JO |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| THE WESTERN METAL INDUSTRY PENSION | ) | |
| PLAN, | ) | |
| | ) | |
| Defendant. | ) | |

JONES, Judge:

Based upon the stipulated motion (#20) of the parties,

IT IS ORDERED that this action is dismissed with prejudice. Any pending motions are denied as moot.

DATED this 22nd day of March, 2007.

                                                  /s/ Robert E. Jones
                                                ROBERT E. JONES
                                                U.S. District Judge